1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN LANE,                              No.  2:18-cv-0310 KJM DB PS

12             Plaintiff,

13        v.                                  ORDER TO SHOW CAUSE

14   WELLS FARGO BANK, N.A.; FEDERAL
     HOME LOAN MORTGAGE
15   CORPORATION,

16             Defendants.

17

18        Plaintiff Kevin Lane is proceeding in this action pro se.  This matter was referred to the

19   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On March 30,

20   2018, the matter came before the undersigned for hearing of defendants' motion to dismiss.

21   Attorney Dennis La appeared on behalf of the defendants.  No appearance was made by, or on

22   behalf of, plaintiff Kevin Lane.[1]

23        Pursuant to Local Rule 230(i), the failure to appear at the hearing of a motion "may be

24   deemed withdrawal of . . . opposition to the motion, in the discretion of the Court, or may result

25   in the imposition of sanctions."  Moreover, the failure of a party to comply with the Local Rules

26   or any order of the court "may be grounds for imposition by the Court of any and all sanctions

27   _____

28   [1]  At the conclusion of the hearing, defendants' motion was taken under submission.

                                              1

1   authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.  Any

2   individual representing himself or herself without an attorney is bound by the Federal Rules of

3   Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply

4   with applicable rules and law may be grounds for dismissal or any other sanction appropriate

5   under the Local Rules.  Id.

6       In light of plaintiff's pro se status, and in the interests of justice, the court will provide

7   plaintiff with an opportunity to show good cause for plaintiff's conduct.

8       Accordingly, IT IS HEREBY ORDERED that:

9       1.  Plaintiff show cause in writing within fourteen days of the date of this order as to why

10  this case should not be dismissed for plaintiff's failure to appear, lack of prosecution, and failure

11  to comply with the Local Rules[2]; and

12      2.  Plaintiff is cautioned that the failure to timely comply with this order may result in a

13  recommendation that this case be dismissed.

14  Dated:  March 30, 2018

15

16

17          DEBORAH BARNES
            UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23  DLB:6
    DB/orders/orders.pro se/lane0310.osc
24

25

26

---

27  [2]  Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with
    this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules
28  of Civil Procedure.